CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 0 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRIE LAMBERT,<br>    Petitioner, | Civil Action No. 7:06CV00071 |
| v. | **FINAL ORDER** |
| DIRECTOR OF THE VIRGINIA<br>DEPARTMENT OF CORRECTIONS,<br>    Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the respondent's motion to dismiss shall be and hereby is **GRANTED**, and the petition for writ of habeas corpus filed by the petitioner shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 30th day of March, 2006.

_____
United States District Judge